NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL JOSEPH PRATT, | ) | No. C 08-0166 JF (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| SALINAS VALLEY STATE PRISON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    On January 11, 2008, Plaintiff filed a complaint with the court concerning his medical care and treatment at Salinas Valley State Prison.  On that same day, the Court sent a notification to Plaintiff that he failed to pay the filing fee or submit a completed in forma pauperis application.  The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file a completed  in forma pauperis application within thirty days.

    As of the date of this order, Plaintiff has not paid the filing fee, nor filed a completed in forma pauperis application.

\\\

\\\

Order of Dismissal
P:\pro-se\sj.jf\cr.08\Pratt166disifp      1

1  Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee or
2  file a completed in forma pauperis application.  The Clerk shall terminate any pending
3  motions and close the file.
4       IT IS SO ORDERED.
5  DATED:   2/27/08

                                      JEREMY FOGEL
6                                        United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  A copy of this ruling was mailed to the following:

3  Michael Joseph Pratt
   P-87382
4  Salinas Valley State Prison
   P.O. Box 1050
5  Soledad, CA  93960-1050

Order of Dismissal
P:\pro-se\sj.jf\cr.08\Pratt166disifp          3