NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL JOSEPH PRATT, | ) | No. C 08-0166 JF (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| SALINAS VALLEY STATE PRISON, | ) | |
| Defendant. | ) | |

The Court has dismissed the instant complaint without prejudice for Plaintiff's failure to pay the filing fee or file a completed in forma pauperis application. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED:  2/27/08

JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\cr.08\Pratt166jud                    1

1  A copy of this ruling was mailed to the following:

2

3  Michael Joseph Pratt
   P-87382
   Salinas Valley State Prison
4  P.O. Box 1050
   Soledad, CA  93960-1050

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.jf\cr.08\Pratt166jud                 2